UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KYLE SMITH,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 26-cv-00955-JPG

## MEMORANDUM AND ORDER

This case is before the Court on Plaintiff Kyle Smith's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2).1 A federal court may permit an indigent party to proceed without pre-payment of fees. 28 U.S.C. § 1915(a)(1). Nevertheless, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious. 28 U.S.C. § 1915(e)(2)(B)(i). The test for determining if an action is frivolous or without merit is whether the plaintiff can make a rational argument on the law or facts in support of the claim. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller,* 708 F.2d 1241, 1247 (7th Cir. 1983). When assessing a motion to proceed *in forma pauperis,* a district court should inquire into the merits of the plaintiff's claims, and if the court finds them to be frivolous, it should deny leave to proceed *in forma pauperis*. *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

The Court is satisfied from Plaintiff's affidavit that he is indigent. Further, the Court does not find anything in the file to indicate that this action is frivolous or malicious. Therefore, the Court **GRANTS** the Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2). The Court notes,

---

1 The Court notes that the motion bears the caption of the United States District Court for the Southern District of New York. **All future filings must have the correct caption.**

however, that should it become apparent that the action is frivolous or malicious at any time in the future, it may dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Under Supplemental Social Security Rule 3 and SDIL-LR 9.1(b), the Notice of Commencement of Action (Doc. 3) accomplished service on the Commissioner, and no further service of the complaint is required.

**IT IS SO ORDERED.**
**DATED**: **July 15, 2026**

**J. PHIL GILBERT**
**United States District Judge**